**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4605 Lankdershim Blvd., Ste. 535
Toluca Lake, CA 91602
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
Robyn Fayko

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN FAYKO,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>ACCOUNT SYSTEM SOLUTIONS, LLC,<br><br>        Defendant(s). | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL FOR:**<br><br>**1. VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT [15 U.S.C. § 1692]**<br><br>**2. VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT [CAL. CIV. CODE § 1788];** |

- 1 -

**INTRODUCTION**

1.      ROBYN FAYKO (Plaintiff) brings this action to secure redress from ACCOUNT SYSTEM SOLUTIONS, LLC, (Defendant) for violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 and violations of the Rosenthal Fair Debt Collection Practices Act (RFDCPA), Cal. Civ. § 1788.

**JURISDICTION AND VENUE**

2.      Jurisdiction in this Court is proper as Plaintiff resides within the State of California and Defendant regularly engages in business throughout the state.

3.      Venue is proper in this judicial district because the acts and transactions alleged in this Complaint occurred here, Plaintiff resides here, and Defendant transacts business here.

**PARTIES**

4.      Plaintiff is an individual, residing in Ione, California.   Plaintiff is a natural person from whom a debt collector seeks to collect a consumer debt which is due and owing or alleged to be due and owing.

5.       Defendant, is a business entity engaged in the business of collecting debts in this state and in several other states, with its principal place of business located in New York.

6.      Defendant is engaged in the collection of debts from consumers using the mail and telephone.  Defendant regularly attempts to collect debts alleged to be due and Defendant is a "debt collector" as defined by the FDCPA and RFDCPA.

**FACTUAL ALLEGATIONS**

7.      Within one year prior to the filing of this action, Defendant contacted Plaintiff to collect money, property or their equivalent, due or owing or alleged to be due or owing from a natural person by reason of a consumer credit transaction and/or "consumer debt."

COMPLAINT FOR DAMAGES

8.      Within one year prior to the filing of this action, called Plaintiff at Plaintiff's cellular telephone number ending in 0806.   Defendant contacted or attempted to contact Plaintiff and others from telephone number (833) 206-7818.

9.      Throughout 2021, Defendant has not only called and spoken with Plaintiff, but also called and spoken with Plaintiff's relatives, falsely advising that there is a pending legal matter against Plaintiff.  Said relatives include, but are not limited to, Plaintiff's brother and sister, three (3) of Plaintiff's sons, and Plaintiff's niece.

10.      Furthermore, Defendant has been constantly and continuously calling Plaintiff's place of employment, number ending in 3041, and speaking with various co-workers and/or supervisors of Plaintiff's, falsely advising that there is a pending legal matter against Plaintiff.

## FIRST CAUSE OF ACTION
### (Violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692)

11.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12.      Defendant violated the FDCPA.  Defendant's violations include, but are not limited to the following:

(a)      Defendant violated 15 U.S.C. §1692c(a)(3) by communicating with Plaintiff at her place of employment despite knowing that such calls are prohibited;

(b)      Defendant violated 15 U.S.C. §1692c(b) by communicating with third parties in connection with the collection of the alleged debt without having first obtained Plaintiff's consent;

(c)      Defendant violated 15 U.S.C. §1692d by engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

COMPLAINT FOR DAMAGES

(d)     Defendant violated 15 U.S.C. §1692e(10) by engaging in false and/or deceptive practices in connection with the collection of the alleged debt, including but not limited to, falsely informing Plaintiff and third parties of a purported pending legal matter against Plaintiff when no such action exists;

13.     Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

14.     As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and attorney's fees and costs, and, such other and further relief as the Court deems proper.

## SECOND CAUSE OF ACTION

### (Violation of the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE § 1788)

15.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

16.     Defendant violated the RFDCPA.  Defendant's violations include, but are not limited to, the following:

(a)     Defendant violated CAL. CIV. CODE § 1788.17 by collecting or attempting to collect a consumer debt without complying with the provisions of Sections 1692b to 1692j, inclusive, of . . . Title 15 of the United States Code (Fair Debt Collection Practices Act).

17.     Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

18.     As a result of the foregoing violations of the RFDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

(a)    Actual damages pursuant to statute(s), in amounts to be determined at trial and for Plaintiff.

(b)    Statutory damages pursuant to statute(s);

(c)    Punitive damages pursuant to statute;

(d)    Costs and reasonable attorney's fees pursuant to pursuant to statute(s); and

(e)    For such other and further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff demands a trial by jury in this action.

RESPECTFULLY SUBMITTED,

Dated: March 24, 2021        **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

- 5 -

COMPLAINT FOR DAMAGES